United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN as CHAIRMAN and JOSE MORENO as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DORATRIZ CERVANTEZ, et al.,<br><br>Defendants. | No. C 04-5441 SBA<br><br>**ORDER** |

Pursuant to the Court's September 21, 2005 Order granting Plaintiffs' Motion for Discharge [Docket No. 38],

IT IS HEREBY ORDERED THAT the Case Management Conference originally scheduled for September 27, 2005 at 1:00 p.m. is VACATED. The parties shall appear for a <u>telephonic</u> Case Management Conference on **Wednesday, November 16, 2005 at 3:30 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Counsel for Cervantez shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 9-26-05

SAUNDRA BROWN ARMSTRONG
United States District Judge