United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN as CHAIRMAN and JOSE MORENO as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DORATRIZ CERVANTES, et al.,<br><br>Defendants. | No. C 04-5441 SBA<br><br>**ORDER** |

IT IS HEREBY ORDERED THAT **both** parties – Doratriz Cervantes and Christine Largaespada – **and** their attorneys of record shall personally appear at the hearing on May 2, 2006 at 1:00 p.m.

IT IS SO ORDERED.

Dated: 4/26/06

SAUNDRA BROWN ARMSTRONG
United States District Judge