1
2                    UNITED STATES DISTRICT COURT
3                   NORTHERN DISTRICT OF CALIFORNIA
4
5   TOTTEN ET AL,                )        No. C04-05441 SBA
              Plaintiff,          )
                                  )        ORDER DISMISSING ACTION
6       vs.                       )
                                  )
7   CERVANTEZ ET AL,              )
                                  )
8             Defendant.          )
                                  )
9   _____)

10

11          The Court having been notified of the settlement of
12   this action, and it appearing that no issue remains for the
13   Court's determination,
14          IT IS HEREBY ORDERED THAT this action and all claims
15   asserted herein are DISMISSED.
16
17          IT IS SO ORDERED.
18   DATED: 5/8/06
19                          _____
                                  SAUNDRA BROWN ARMSTRONG
20                                United States District Judge