Mario Fausto SBN: 205258
Sayar Czarkowski Fausto, LLP
350 Second Street, Suite 5
Los Altos, CA  94022
Tel: (650) 948-6114
Fax: (650) 947-0770
E-mail: mfausto@scf-law.com

Attorney for Defendant/Cross-Plaintiff  DORATRIZ CERVANTES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL DIVISION**

| | |
|---|---|
| LARRY TOTTEN as CHAIRMAN and JOSE MORENO AS CO-CHAIRMAN of the BOARD OF TRUSTEES FUND FOR THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs<br><br>DORATRIZ CERVANTES, an individual, CHRISTINE LARGAESPADA, an individual, and DOES 1-50, inclusive,<br>Defendants.<br><br>AND ALL RELATED CLAIMS | Case No.: **C-04-5441 SBA**<br><br>ORDER PURSUANT TO SETTLEMENT AGREEMENT |

On May 8, 2006, Defendants DORATRIZ P. CERVANTES and CHRISTINE LARGAESPADA appeared before the Honorable Saundra Brown Armstrong in the above entitled action.  Attorney Mario Fausto appeared on behalf of Defendant DORATRIZ CERVANTES and attorney N. Lee Ormasa appeared on behalf of Defendant CHRISTINE LARGAESPADA.  The parties and their respective attorneys agreed to a settlement of this action with the assistance of Magistrate Judge Elizabeth D. Laporte, and pursuant thereto, Judge Armstrong ordered the actions and all claims asserted therein were dismissed.

The amount of $47,472.00 (forty-seven thousand four hundred and seventy-two dollars) was previously deposited by Plaintiffs with the Clerk of this Court.

In accordance with Judge Armstrong's "Amended Order for Discharge of Stakeholder in Interpleader Action and For Preliminary Injunction" signed on October 27, 2005, the amounts of (a) $6,877.81 (six thousand eight hundred and seventy-seven dollars and eighty-one cents) and (b) $7,614.66 (seven thousand six hundred and fourteen dollars and sixty-six cents) were awarded to Plaintiffs as attorney's fees and costs that were taken out of the $47,472.00 (forty-seven thousand four hundred and seventy-two dollars), previously deposited by Plaintiffs with the court.  The award of attorney's fees and costs has reduced the amount on deposit with the Clerk of the court to the current amount of $32,979.53 (thirty-two thousand nine hundred and seventy-nine dollars and fifty-three cents).

Pursuant to the agreement of the parties:

1. The remaining $32,979.53 (thirty-two thousand nine hundred and seventy-nine dollars and fifty-three cents) that is on deposit with the Clerk of the court shall be divided with Defendant DORATRIZ CERVANTES  receiving 80% (eighty percent) of these funds, and Defendant CHRISTINE LARGAESPADA receiving 20% (twenty percent).

2. Therefore, Defendant DORATRIZ CERVANTES shall receive $26,383.63 (twenty-six thousand three hundred and eighty-three dollars and sixty-two cents), and Defendant CHRISTINE LARGAESPADA shall receive $6,595.90 (six thousand five hundred and ninety-five dollars and ninety cents).

3. The Clerk of the Court shall issue payments to Defendants DORATRIZ CERVANTES in the amount of $26,383.63 (twenty-six thousand three hundred and eighty-three dollars and sixty-two cents), and to CHRISTINE LARGAESPADA in the amount of $6,595.090 (six thousand five hundred and ninety-five dollars and ninety cents), from the remaining funds on deposit with the Clerk.

1  Mrs. CERVANTES' payment shall be sent to her as follows:

2  Doratriz Cervantes
3  c/o  Mario Fausto, Esq.
   Sayar Czarkowski Fausto LLP
4  350 Second Street
   Los Altos, CA 94022
5
6  Ms. LARGAESPADA'S payment shall be sent to her as follows:

7  Christine Largaespada
   c/o Mortimer Herstein, Esq.
8  42 Digby Street
   P.O. Box 318158
9  San Francisco, CA 94131

10 IT IS SO ORDERED.

11 DATE: 5/24/06                                    _____

12                                                  Judge Saundra B. Armstrong